

# Fourth Court of Appeals
## San Antonio, Texas

January 27, 2021

No. 04-20-00037-CR

Kevin Jon **WARNKEN,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 19-02-0029-CRA
Honorable Russell Wilson, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file a reply brief is granted. We order the brief due February 8, 2021.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of January, 2021.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court